UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAUL GARCIA,

    Petitioner,

v.

CLARK E. DUCART, Warden,

    Respondent.

Case No. 14-cv-03902-HSG (PR)

**JUDGMENT**

    For the reasons stated in the Order Denying Petition for Writ of Habeas Corpus and Denying Certificate of Appealability, judgment is entered in favor of respondent and against petitioner.

    **IT IS SO ORDERED AND ADJUDGED.**

Dated: 9/9/2015

HAYWOOD S. GILLIAM, JR.
United States District Judge